RHEA GROVES COMPANY, *et al.*, v. THE ATLANTIC NATIONAL BANK OF JACKSONVILLE.

160 So. 926.
Division A.
Opinion Filed March 13, 1935.

*Dickinson & Dickinson,* for Appellants;

No appearance for Appellee.

PER CURIAM.—This is an appeal from an order made November 7, 1933, granting plaintiff's motion to dismiss the counter claim of the defendant, Rhea Groves Company, and denying permission to amend because no sufficient

ground for amendment was shown. The record does not disclose that there was any error in the order made. So the order appealed from is affirmed.

Affirmed.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.